IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3108 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| THOMAS COLEMAN, | ) | |
| | ) | |
| Defendant. | ) | |

A Motion to Review Detention Order (Filing 29) was filed by the defendant on February 26, 2011 and an unopposed Motion to Continue the Suppression Hearing (Filing 31) was filed by the government today. The motions are granted.

IT IS ORDERED that:

1) The hearing on defendant's motion to review detention and his motion to suppress will be held on March 28, 2011 at 1:00 p.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska. Four hours have been set aside for this hearing.

2) The defendant, his counsel, and counsel for the government shall be present at this hearing.

DATED this 7th day of March, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge