IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:10CR3108 |
| | ) | |
| Plaintiff, | ) | **MEMORANDUM** |
| v. | ) | **AND ORDER** |
| | ) | |
| THOMAS COLEMAN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the findings and recommendation made by Magistrate Judge Zwart (filing 55), and on the defendant's statement of objections thereto (filing 57). Judge Zwart recommends that the defendant's motion to suppress and the subsequent amendment and supplement to the motion (filings 20, 22 and 25) be denied in all respects.

I have conducted a de novo review of the record. I find that inasmuch as the magistrate judge has fully, carefully, and correctly found the facts and applied the law, the findings and recommendation should be adopted, the statement of objections should be denied, and the motion to suppress, as amended and supplemented, should be denied in all respects. Accordingly,

IT IS ORDERED that:

1. the magistrate judge's findings and recommendation (filing 55) are adopted;

2. the defendant's statement of objections (filing 57) is denied; and

3. the defendant's motion to suppress, amended motion to suppress, and supplemental motion to suppress (filings 20, 22 and 25) are denied in all respects.

June 3, 2011.                                          BY THE COURT:

*Richard G. Kopf*
United States District Judge