IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3108 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| THOMAS COLEMAN, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has moved to continue the trial currently set for June 27, 2011, (filing no. 61), because the parties need additional time to determine if this case will be resolved by a guilty plea or a trial. The Court finds the motion should be granted.

IT IS ORDERED:

1) Defendant's motion to continue, (filing no. 61), is granted.

2) The trial of this case is set to commence before the Honorable Richard G. Kopf at 9:00 a.m. on August 1, 2011, or as soon thereafter as the case may be called, for a duration of three (3) trial days, in Courtroom 1, United States Courthouse, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

3) Based upon the showing set forth in the defendant's motion and the representations of counsel for the parties, the Court further finds that the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and August 1, 2011 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7)(A).

DATED this 15th day of June, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge