IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3108 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| THOMAS COLEMAN, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant's retained counsel, Bruce Teichman, has moved to withdraw as counsel of record for the defendant. Attorney Matthew R. Kahler has entered his appeared as new retained counsel for the defendant. The court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion to withdraw filed by Bruce Teichman, (filing no. 64), is granted. Mr. Teichman's name shall be withdraw from all future ECF filings.

DATED this 17th day of June, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge