IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3108 |
| | ) | |
| V. | ) | |
| | ) | |
| THOMAS COLEMAN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the plaintiff's motion to extend deadline to file objections to presentence investigation report (filing 80) is granted. The parties' objections are due December 16, 2011. The undersigned's tentative findings will be filed on or about December 19, 2011. The defendant's sentencing remains scheduled on January 3, 2012, at 12:00 noon.

DATED this 5th day of December, 2011.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge