IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:10CR3108 |
| V. | ) | |
| THOMAS COLEMAN, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion for leave to appeal in forma pauperis (filing 122) is granted.

DATED this 26th day of August, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge