IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:10CR3108 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| THOMAS COLEMAN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)     The defendant's motion for copies (filing 137) is denied.

(2)     The defendant's motion for leave to proceed in forma pauperis (filing 138) is denied because no motion for relief is pending.

Dated April 16, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge