IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:10CR3108 |
| | ) | |
| Plaintiff | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| THOMAS COLEMAN, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant has filed a notice of appeal (filing 146) but has not submitted the required appeal fee of $505.00 or filed a motion to proceed in forma pauperis (IFP) on appeal.  Defendant has not been determined to be financially unable to obtain an adequate defense in this criminal case, and therefore is not entitled to proceed IFP on appeal without express authorization.  Accordingly, in response to the clerk's memo (filing 147) requesting instructions with regard to processing the appeal,

IT IS ORDERED that:

1) Defendant, within 14 days from the date of this order, shall file with the clerk of the district court either the appeal fee of $505.00 or, if appropriate, a motion to proceed in forma pauperis on appeal, with supporting affidavit as required by Fed. R. App. P. 24(a)(1); and

2) If Defendant does not comply with the aforesaid filing requirement, the clerk shall send a copy of this order and of the notice of appeal to the Clerk of the United States Court of Appeals for the Eighth Circuit pursuant to Fed. R. App. P. 24(a)(4)(C).[1]

August 19, 2014.          BY THE COURT:

                          s/ Richard G. Kopf
                          Senior United States District Judge

---

[1] The court has previously ruled that no certificate of appealability will issue.