IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:10CR3108 |
| v. | ) | |
| THOMAS COLEMAN, | ) | ORDER |
| Defendant. | ) | |

After careful consideration,

IT IS ORDERED that:

(1) The motion for leave to appeal in forma pauperis (filing no. 170) is denied because it is incomplete.

(2) Additionally, and alternatively, pursuant to Federal Rules of Appellate Procedure 24, the undersigned certifies the appeal is not taken in good faith. The defendant attempts to appeal from my denial of the motion to correct clerical errors (filing no. 166) and that motion was frivolous. It was preceded by at least five appeals to the United States Court of Appeals for the Eighth Circuit, which were all denied. (See, e.g., filing no. 109, filing no. 133, filing no. 153, filing no. 158, and filing no. 163.)

(3) The Clerk of the District Court shall not process the appeal unless otherwise directed by the Court of Appeals.

(4) The Clerk of the District Court shall provide the Clerk of the United States Court of Appeals for the Eighth Circuit with a copy of this order.

DATED this 21st day of May, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge