IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:10CR3108 |
| v. | ) | |
| THOMAS COLEMAN, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that Defendant's "Opposition to Judgment from U.S. District Court for the District of Nebraska - Lincoln for Fraud Pursuant to Fed. R. 60(b)(4)(3)" (filing no. 179) is denied.

DATED this 14th day of November, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge